S92G0910. BOHANNON v. THE STATE.
(425 SE2d 653)

HUNT, Presiding Justice.

We granted certiorari to the Court of Appeals in *Bohannon v. State,* 203 Ga. App. 783 (417 SE2d 679) (1992). The judgment of the Court of Appeals is reversed because the record shows that the trial court granted an out-of-time appeal and, consequently, this case is not subject to the rules governing extraordinary motions for new trial; that is, no application for appeal was required. We disagree with the Court of Appeals that by seeking (and obtaining) permission to file an out-of-time *motion for new trial* rather than an out-of-time *appeal,* Bohannon was necessarily pursuing an extraordinary motion for new trial. Likewise, we attach no significance to the fact that the trial court's permission was oral, not written, since that court in fact heard and denied the motion on its merits. Therefore, the case is remanded to the Court of Appeals for a decision on the merits.

*Judgment reversed and remanded. Clarke, C. J., Benham, Fletcher, Sears-Collins and Hunstein, JJ., concur.*

DECIDED FEBRUARY 5, 1993.

*Alden W. Snead, J. M. Raffauf,* for appellant.

---

*David McDade, District Attorney,* for appellee.